IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO PICKENS, | No. C 07-6306 WHA (PR) |
| Plaintiff, | **ORDER EXTENDING TIME TO FILE CERTIFICATE OF FUNDS AND COPY OF INMATE ACCOUNT** |
| v. | |
| S. EVANS, Warden, | |
| Defendant. | |

This is a civil rights case filed pro se by a state prisoner. The clerk sent plaintiff a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"). He was warned to pay the fee or apply for IFP status within thirty days or the case would be dismissed. Included with the notice was an IFP application form and a postpaid return envelope.

Plaintiff has filed an application to proceed IFP which does not include page five of the form application, the "Certificate of Funds in Inmate Account." In a cover letter he says that "prison officials refuse to complete the 'Certificate of Funds' (see attached)." In the attachment, which is an inmate request in which plaintiff asked that the trust office complete the certificate of funds, the answer is: "No I can't – follow procedures on request & will be done." That is, plaintiff has not followed the correct procedure, which the Court suspects from previous cases may involve asking the inmate's counselor to handle the matter.

///

Given that plaintiff should be able to properly complete the application if he follows procedure, the time for him to either play the $350 filing fee or request leave to proceed IPF is **EXTENDED** to a date thirty days from the date this order is entered. If a complete application is not provided within that time this case will be dismissed.

**IT IS SO ORDERED.**

Dated: January   8   , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\PICKENS6306.IFP-EXT.wpd

2