UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALFONZO PICKENS,

        Plaintiff,

  v.

S. EVANS et al,

        Defendant.

Case Number: CV07-06306 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfonzo Pickens
J-79617/ C-6-105
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960-1050

Prison's Trust Account Office
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960-1050

Court's Financial Office

Dated: February 7, 2008

                                      Richard W. Wieking, Clerk
                                      By: D. Toland, Deputy Clerk